UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00627

**Timothy W. Lewers,**
*Plaintiff,*

v.

**Commissioner of SSA,**
*Defendant.*

### ORDER

Plaintiff filed this claim pursuant to the Social Security Act, 42 U.S.C. § 405(g), for judicial review of the Commissioner's denial of his application for social security benefits. Doc. 1. The court referred the case to United States Magistrate Judge John D. Love, who issued a report recommending that the decision of the Commissioner be reversed and that this case be remanded to the Commissioner of the Social Security Administration for further proceedings. Doc. 16. Neither party has objected to the report, and the objection deadline has passed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report (Doc. 16), and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The decision of the Commissioner is reversed. This case is remanded to the Commissioner of the Social Security Administration for proceedings consistent with this opinion.

*So ordered by the court on September 23, 2024.*

J. CAMPBELL BARKER
United States District Judge